# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**FILED**

11/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0625

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 20, 2023

Clerk
Supreme Court of Montana
Justice Building
Helena, MT  59620-3003

FILED

NOV 2 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Re:  Robert L. Allum
    v. Montana State Fund
    No. 23-5613
    (Your No. DA 22-0625)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk